JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOSHUA HILL (CABN 250842)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:  (510) 637-3740
    Facsimile:  (510) 637-3724
    E-Mail:     Joshua.Hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-0542-SBA |
|---|---|---|
| Plaintiff, | ) | ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| CATHERINE BULLARD, | ) | |
| Defendant. | ) | |

    The parties appeared for an initial appearance on July 23, 2010. The matter was continued to September 14, 2010 for further status. The government has produced a large amount of discovery, including voluminous amounts of bank records. Defense counsel will require time to review the discovery. In addition, defense counsel will be taking leave in September, which will likely necessitate a substitution in defense counsel. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 23, 2010 and September 14, 2010 would unreasonably deny the defense the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 23, 2010 and September 14,

ORDER TO EXCLUDE TIME
CR-10-0542-SBA

1  2010 from computation under the Speedy Trial Act outweigh the best interests of the public and
2  the defendant in a speedy trial. Therefore, it is hereby ordered that the time between July 23,
3  2010 and September 14, 2010 shall be excluded from computation under the Speedy Trial Act.
4  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

6  DATED: August 4, 2010

IT IS SO ORDERED
Judge Donna M. Ryu

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

ORDER TO EXCLUDE TIME
CR-10-0542-SBA                          -2-