1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:   (510) 637-3724
        E-Mail:      Joshua.Hill2@usdoj.gov
8

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR-10-0542 SBA
                                     )
14              Plaintiff,           )    STIPULATION AND  ORDER TO
                                     )    CONTINUE STATUS CONFERENCE
15       v.                          )    AND EXCLUDE TIME UNDER THE
                                     )    SPEEDY TRIAL ACT
16  CATHERINE BULLARD,               )
                                     )
17              Defendant.           )
    _____ )
18

19         IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20  attorney, Joshua Hill, and the defendant through his attorney, Ellen Leonida, that the status

21  hearing presently set for September 14, 2010, be continued to October 19, 2010 at 9:00 a.m.  The

22  government produced a large amount of discovery in this case that defense counsel continues to

23  review.  Ellen Leonida, the undersigned Assistant Federal Public Defender, recently assumed

24  representation of Ms. Bullard and requires additional time to review the discovery and conduct

25  any necessary investigation.  Defense counsel is also unavailable, due to pre-planned leave,

26  between September 13, 2010 and October 1, 2010.  The parties agree that the delay is not

27  attributable to lack of diligent preparation on the part of the attorney for the government or

28
    STIPULATION AND [PROPOSED] ORDER TO CONTINUE
    STATUS CONFERENCE AND EXCLUDE TIME
    No. CR-10-0542 SBA

defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be

excluded based on the government's need for reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  The parties agree that the waiver

covers all time between the date of this stipulation and October 19, 2010.


IT IS SO STIPULATED:

Dated: September 7, 2010                                   _____/S/_____

                                                          ELLEN LEONIDA
                                                          *Attorney for Defendant*


Dated: September 7, 2010                                   _____/S/_____

                                                          JOSHUA HILL
                                                          Assistant United States Attorney


## ORDER

        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this

matter now scheduled for September 14, 2010 is hereby rescheduled for October 19, 2010 at

9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also

finds that failing to exclude the time between September 7, 2010 and October 19, 2010 would

unreasonably deny the government and the defense the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time between September

7, 2010 and October 19, 2010 from computation under the Speedy Trial Act outweigh the best

interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the

time between September 7, 2010 and October 19, 2010 shall be excluded from computation

under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


DATED: September 7, 2010                   _____*Saundra B Armstrong*_____

                                          HONORABLE SAUNDRA B. ARMSTRONG
                                          United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE AND EXCLUDE TIME
No. CR-10-0542 SBA                    -2-