| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| | BRIAN J. STRETCH (CABN 163973) |
| 3 | Chief, Criminal Division |
| 4 | JOSHUA HILL (CABN 250842) |
| | Assistant United States Attorney |
| 5 | |
| | 1301 Clay Street, Suite 340-S |
| 6 | Oakland, California 94612 |
| | Telephone:  (510) 637-3740 |
| 7 | Facsimile:   (510) 637-3724 |
| | E-Mail:       Joshua.Hill2@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0542 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| v. | ) | AND EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| CATHERINE BULLARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Ellen Leonida, that the status hearing presently set for October 19, 2010, be continued to November 2, 2010 at 9:00 a.m.  The parties require additional time to review the discovery and conduct any necessary investigation. The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.  For these reasons, the parties request that time under the Speedy Trial Act be excluded based on the government's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties agree that the waiver covers all time between the date of this stipulation and November 2, 2010.

1  IT IS SO STIPULATED:

2  Dated: October 14, 2010

                /S/
                ELLEN LEONIDA
                *Attorney for Defendant*

5  Dated: October 14, 2010

                /S/
                JOSHUA HILL
                Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for October 19, 2010 is hereby rescheduled for November 2, 2010 at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between October 14, 2010 and November 2, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 14, 2010 and November 2, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between October 14, 2010 and November 2, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: October 29, 2010

                *Saundra B Armstrong*
                HONORABLE SAUNDRA B. ARMSTRONG
                United States District Court Judge