1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUG WILSON (DCBN 412811)
3  Acting Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:   (510) 637-3724
        E-Mail:       Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR-10-0542-SBA
                                     )
14          Plaintiff,                )    ORDER TO EXCLUDE TIME UNDER
                                     )    THE SPEEDY TRIAL ACT
15      v.                            )
                                     )
16  CATHERINE BULLARD,                )
                                     )
17          Defendant.                )
                                     )
18  _____ )

19      The parties appeared for a status conference on December 7, 2010.  The matter was

20  continued to December 22, 2010 for further status.  The government has produced a large

21  amount of discovery, including voluminous amounts of bank records.  Defense counsel will

22  require time to review the discovery.  The government will also be producing additional

23  discovery concerning losses, which the defense will require time to review.  Based upon the

24  representation of counsel and for good cause shown, the Court finds that failing to exclude the

25  time between December 7, 2010 and December 22, 2010 would unreasonably deny the defense

26  the reasonable time necessary for effective preparation and continuity of counsel, taking into

27  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds

28  that the ends of justice served by excluding the time between  December 7, 2010 and December

ORDER TO EXCLUDE TIME
No. CR-10-0542-SBA

1  22, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public

2  and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time between

3  December 7, 2010 and December 22, 2010 shall be excluded from computation under the Speedy

4  Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

6  DATED: December  8 , 2010

                                                HONORABLE DONNA M. RYU
                                                United States Magistrate Judge