1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Criminal Chief
4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
6          1301 Clay Street, Suite 340-S
           Oakland, California 94612
7          Telephone: (510) 637-3740
           Facsimile: (510) 637-3724
           E-Mail:    Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )   No. CR-10-0542 SBA
                                        )
14         Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                        )   ORDER TO CONTINUE STATUS
15     v.                               )   CONFERENCE AND EXCLUDE TIME
                                        )   UNDER THE SPEEDY TRIAL ACT
16 CATHERINE BULLARD,                   )
                                        )
17         Defendant.                   )
                                        )

19         IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Ellen Leonida, that the status

21 hearing presently set for January 12, 2011 at 10:00 a.m. be continued to February 9, 2011, at

22 9:30 a.m. ~~10:00~~ a.m.  The defense requires additional time to review the discovery and conduct any

23 necessary investigation.  In addition, the defense requires additional time to investigate the

24 alleged loss amounts and potential restitution.  The parties agree that the delay is not attributable

25 to lack of diligent preparation on the part of the attorney for the government or defense counsel.

26 For these reasons, the parties request that time under the Speedy Trial Act be excluded based on

27 the government's need for reasonable time necessary for effective preparation, taking into

28 account the exercise of due diligence.  The parties agree that the waiver covers all time between

1   the date of this stipulation and February 9, 2011.

3   IT IS SO STIPULATED:

4   Dated: January 7, 2011                                                /S/
                                                             ELLEN LEONIDA
5                                                            *Attorney for Defendant*

7   Dated: January 7, 2011                                                /S/
                                                             JOSHUA HILL
8                                                            Assistant United States Attorney

10                                              **ORDER**

11       GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this
12  matter now scheduled for January 12, 2011 is hereby rescheduled for February 9, 2011 at 9:30 a.m. ~~10:00~~
13  a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds
14  that failing to exclude the time between January 7, 2011 and February 9, 2011 would
15  unreasonably deny the government and the defense the reasonable time necessary for effective
16  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
17  The Court further finds that the ends of justice served by excluding the time between January 7,
18  2011 and February 9, 2011 from computation under the Speedy Trial Act outweigh the best
19  interests of the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the
20  time between January 7, 2011 and February 9, 2011 shall be excluded from computation under
21  the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

23  DATED: January 10, 2011
                                                             _____
                                                             HONORABLE DONNA M. RYU
24                                                           United States Magistrate Court Judge