BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
CATHERINE BULLARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE BULLARD,<br><br>Defendant. | CR 10-00542 SBA<br><br>STIPULATION TO CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ. and ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of February 9, 2011 presently scheduled at 9:30 a.m., before the Hon. Laurel Beeler, be vacated and re-set for March 16, 2011 at 9:30 a.m., before the Oakland Duty Magistrate, for status hearing.

The reason for this request is that defense counsel requires additional time to review the discovery and conduct any necessary investigation. In addition, the defense requires additional time to investigate the alleged loss amounts and potential restitution. The parties agree that the delay is not attributable to lack of diligent preparation on the part of the attorney for the government or defense counsel.

CR 10-00542 SBA
Stipulation to Continuance and Exclusion of Time          1

1     The parties agree and stipulate that the time until March 16, 2011 should be excluded,
2 under 18 U.S.C. §3161(h)(7)(A) to allow both parties a reasonable time for effective preparation,
3 taking into account the exercise of due diligence. The parties further stipulate and agree that the ends
4 of justice served by the granting of the continuance outweigh the bests interests of the public and
5 the defendant in a speedy and public trial.

6
7 Date: February 9, 2011                 /s/
                                        Ellen V. Leonida
                                        Assistant Federal Public Defender
8                                           Counsel for defendant CATHERINE BULLARD

9

10
11 Date: February 9, 2011                 /s/
                                        Joshua Hill
                                        Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 16, 2011 at 9:30 a.m., before the Oakland Duty Magistrate, and that time is excluded from the speedy trial act until March 16, 2011 pursuant to 18 U.S.C. § 3161(h)(7)(a).

IT IS SO ORDERED.

<u>February 8, 201</u>
Date

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE