```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  JOSHUA HILL (CABN 250842)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340-S
 6       Oakland, California 94612
         Telephone:  (510) 637-3740
 7       Facsimile:  (510) 637-3724
         E-Mail:     Joshua.Hill2@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

| | | |
|---|---|---|
| 13  UNITED STATES OF AMERICA, | ) | No. CR-10-0542 SBA |
| | ) | |
| 14       Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE STATUS |
| 15  v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT |
| 16  CATHERINE BULLARD, | ) | |
| | ) | |
| 17       Defendant. | ) | |
| | ) | |

18

19       IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20  attorney, Joshua Hill, and the defendant through his attorney, Ellen Leonida, that the status

21  hearing presently set for March 16, 2011 at 9:30 a.m. be continued to April 5, 2011, at 10:00

22  a.m.

23  before Judge Saundra B. Armstrong  The defense requires additional time to review the

24  discovery and conduct any necessary investigation.  In addition, the defense requires additional

25  time to investigate the alleged loss amounts, potential restitution, and the source of funds to pay

26  any restitution order.  The parties agree that the delay is not attributable to lack of diligent

27  preparation on the part of the attorney for the government or defense counsel.  For these reasons,

28  STIPULATION AND ORDER
    TO CONTINUE STATUS
    CONFERENCE AND EXCLUDE TIME
    CR-10-0542 SBA

the parties request that time under the Speedy Trial Act be excluded based on the government's need for reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the waiver covers all time between the date of this stipulation and April 5, 2011.

IT IS SO STIPULATED:

Dated: March 15, 2011                                         /S/
                                                       ELLEN LEONIDA
                                                       *Attorney for Defendant*

Dated: March 15, 2011                                         /S/
                                                       JOSHUA HILL
                                                       Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for March 16, 2011 is hereby rescheduled for April 5, 2011 at 10:00 a.m. before Judge Saundra B. Armstrong. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between March 15, 2011 and April 5, 2011 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between March 15, 2011 and April 5, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between March 15, 2011 and April 5, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 15, 2011
                                                       HONORABLE DONNA M. RYU
                                                       United States Magistrate Court Judge