1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   JOSHUA HILL (CABN 250842)
    Assistant United States Attorney

5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov

8

9   Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR-10-0542 SBA
                                       )
14          Plaintiff,                 )    GOVERNMENT'S SENTENCING
                                       )    MEMORANDUM ADDENDUM
15      v.                             )    REGARDING RESTITUTION
                                       )
16  CATHERINE BULLARD,                 )    Date:   September 14, 2011
                                       )    Time:   10:00 a.m.
17          Defendant.                 )
                                       )    Honorable Saundra Brown Armstrong
18  _____)

19          Plaintiff United States of America, by and through its counsel of record, Assistant United

20  States Attorney Joshua Hill, hereby submits this addendum to its sentencing memorandum.

21          The parties' plea agreement, and the presentence report, stipulate that Bullard is to pay

22  $525,136.78 in restitution.  18 U.S.C. § 3663(h)(3)(A) states that "[a] restitution order may direct

23  the defendant to make a single, lump-sum payment, partial payments at specified intervals,

24  in-kind payments, or a combination of payments at specified intervals and in-kind payments."

25          After the government inquired as to defendant's financial assets, defendant informed the

26  government that her financial assets consisted solely of the funds in her Oppenheimer Funds IRA

27  account.  Defendant provided the account statement, dated December 31, 2010, attached as

28  Exhibit A.  Assuming there remains a positive balance in the account, these funds should go to

GOVERNMENT'S SENT. MEM. ADDENDUM
No. CR-10-0542 SBA                          -1-

1  the victims.  Accordingly, the government requests that the Court order defendant Catherine

2  Bullard to liquidate her Oppenheimer Funds IRA account and use all of the proceeds as a first

3  restitution payment prior to her surrender date.

4

5  DATED: September 12, 2011                    Respectfully submitted,

6

7                                                              MELINDA HAAG
                                                               United States Attorney

8
                                                               _____/S/_____
9                                                              JOSHUA HILL
                                                               Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# OppenheimerFunds®
## The Right Way to Invest

# Annual Statement
**Statement Period: January 01, 2010 - December 31, 2010**
Page   1  of  2

**Your Financial Advisor:**



FBO CATHERINE R BULLARD

---

## Total Account Value

**Market Value on December 31, 2010**      **$3,261.54**

Visit us online at **www.oppenheimerfunds.com**

24-hour automated service: **1-800-CALL-OPP (225-5677)**

---

## Oppenheimer Global Allocation Fund Class C

| | | **Value on December 31, 2010** | |
|---|---|---|---|
| *Account Number* | | *Market Value* | $3,261.54 |
| *Account Registration* | FBO CATHERINE R BULLARD | *Shares Owned* | 215.710 |
| *Tax ID Number* | | *Share Price* | $15.12 |
| *Fund Symbol* | QGRCX | **Year-To-Date Summary** | |
| *Fund Category* | Asset Allocation | *Dividends* | $22.85 |

### Year-to-Date Transaction Detail

| Transaction Date | Transaction Description | | Dollar Amount | Share Price | Number of Shares | Ending Share Balance |
|---|---|---|---|---|---|---|
| 03/15/10 | Dividend Reinvested at | .003890 per Share | $0.84 | $14.02 | +0.060 | 215.232 |
| 06/21/10 | Dividend Reinvested at | .003720 per Share | $0.80 | $13.73 | +0.058 | 215.290 |
| 09/20/10 | Dividend Reinvested at | .016240 per Share | $3.50 | $14.05 | +0.249 | 215.539 |
| 12/17/10 | 2010 Annual Fee | | $15.00 | $14.97 | -1.002 | 214.537 |
| 12/29/10 | Dividend Reinvested at | .082560 per Share | $17.71 | $15.10 | +1.173 | 215.710 |

### Year-to-Date Account Summary

| Date | Market Value | Additions | Withdrawals | Change in Value/Earnings | Market Value on December 31, 2010 |
|---|---|---|---|---|---|
| 01/01/10 | $2,909.13 | + $0.00 | - $15.00 | + $367.41 | = $3,261.54 |

## OppenheimerFunds News

If you sell your shares, you may pay a contingent deferred sales charge. For the contingent deferred sales charge and other fees, see the prospectus.

The Fair Market Value of your IRA can be found under "Market Value". If you have multiple accounts, the "Market Value" section can be found under "OppenheimerFunds Account Detail". The Trustee of your IRA is OFI Trust Company, c/o OppenheimerFunds Services, P.O. Box 5270, Denver, CO 80217-5270. We are required to furnish this information to the IRS.

Annual IRA contributions for tax year 2010 can be made until April 15, 2011. The maximum individual contribution across all of your IRAs is $5,000, or $6,000 if you are age 50 or older. Talk to your financial advisor or call 1.800.CALL.OPP for additional information or assistance.

***IMPORTANT*** Please retain this 2010 annual account statement for your records. You will generally not receive a Form 1099-DIV if you have a retirement account, or if your account earned less than $10.00 in dividends in 2010.

Looking to rebuild or diversify your portfolio? Visit www.oppenheimerfunds.com, Keyword: Morningstar to view a list of our 4- and 5- Star Morningstar Funds.