1 | BARRY J. PORTMAN
Federal Public Defender
2 | ELLEN V. LEONIDA
Assistant Federal Public Defender
3 | 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500
Fax: (510) 637-3507
5 | Email: ellen_leonida@fd.org

6 | Counsel for Defendant
CATHERINE BULLARD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 10-00542 SBA |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND DATE OF SELF SURRENDER; ORDER |
| v. | |
| CATHERINE BULLARD, | |
| Defendant. | |

This Court has stayed execution of Defendant's sentence until October 28, 2011. Ms. Bullard's mother passed away on Monday, October 17, 2011. Ms. Bullard, therefore, requests that her surrender date be extended to November 28, 2011 to allow her to make necessary arrangements and spend time with her family.

IT IS HEREBY STIPULATED, by and between the parties to this action, that the stay of execution imposed by this court on September 14, 2011 remain in force until November 28, 2011, and that the Defendant shall report to FCI Dublin, her designated place of confinement, on November 28, 2011 on or before 2:00 p.m. All other conditions of the stay of execution shall

CR 10-00542 SBA
Stipulation to Extension of Surrender Date;
[Proposed] Order                                  1

1  remain in force.

2  Date: October 20, 2011                    /s/
                                             Ellen V. Leonida
3                                            Assistant Federal Public Defender
                                             Counsel for defendant CATHERINE BULLARD
4

5

6  Date: October 20, 2011                    /s/
                                             Joshua Hill
7                                            Assistant United States Attorney

CR 10-00542 SBA
Stipulation to Extension of Surrender Date;
[Proposed] Order                             2

**ORDER**

IT IS HEREBY ORDERED THAT the stay of execution imposed by this court on September 14, 2011 be EXTENDED until November 28, 2011.

IT IS FURTHER ORDERED that the Defendant shall report to FCI Dublin, her designated place of confinement, on November 28, 2011, on or before 2:00 p.m.

IT IS FURTHER ORDERED that all other conditions of the stay of execution previously ordered shall remain in force.

IT IS SO ORDERED.

10/19/11
Date

*Saundra B Armstrong*
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

CR 10-00542 SBA
Stipulation to Extension of Surrender Date;
[Proposed] Order                3